IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BILLY J. MULLINS, JR., and<br>FARAWAY ENTERPRISES, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:02-CV-0106-K |
| TESTAMERICA, INC., et al., | § § § | |
| Defendants. | § | |

## **MEMORANDUM ORDER**

Before the Court is Plaintiff's Motion to Alter, Amend, and Correct Clerical Mistakes of Court's Order. The Court **GRANTS** the relief requested as to one clerical error. Plaintiff directs the Court to a clerical error in the Court's Memorandum Opinion and Order (doc. 541) dated October 8, 2008. On page 30 of the Order, the Court mistakenly inserted "3688.42" as the number of hours attributable to Sagaponack. The correct number is 1636.42 hours. All other relief is hereby **DENIED**.

**SO ORDERED**.

Signed January 13th, 2009.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 1